No. 82–6283.   THAPER v. NEW JERSEY DEPARTMENT OF EDUCATION ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 82–6285.   PERRON v. PERRON.   Sup. Ct. P. R.   Certiorari denied.

No. 82–6289.   REAL v. CLARKE ET AL.   C. A. 8th Cir. Certiorari denied.

No. 82–6292.   WALKER v. SOLEM, WARDEN, ET AL. C. A. 8th Cir.   Certiorari denied.

No. 82–6295.   TANNER v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTIONS.   C. A. 8th Cir.   Certiorari denied.

No. 82–6298.   JOHNSON v. GRIFFIN, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 82–6307.   GREEN v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 5th Cir.   Certiorari denied.

No. 82–6309.   HURNS v. CLEVELAND POLICE DEPARTMENT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 82–6310.   HAMM v. OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 82–6312.   LYONS v. WALTERS, ADMINISTRATOR, VETERANS ADMINISTRATION, ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 82–6319.   SARTORE v. ADAMS ET AL.   C. A. 11th Cir. Certiorari denied.

No. 82–6322.   BASTANIPOUR v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.